EXHIBIT B

**KAYA MAN**



**RASTA DREADS**



LION ZION

