UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, WESTERN DIVISION

_____

Jurek Zamoyski
aka Jerzy Berowski

   Plaintiff          Case: 08CV30125-KPN

  v.

Fifty-Six Hope Road Music Limited, Inc.,
Bob Marley Music, Inc., and Zion Rootswear LLC

   Defendants
_____

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

  Plaintiff hereby submits his cross-motion for summary judgment on his claim of copyright infringement and the cross-claims of the Defendants.

September 4, 2009          Respectfully submitted,

                 _____
                 Peter Irvine
                 Mass. BBO #656538
                 Attorney for Plaintiff Jurek Zamoyski
                 76 King Street,
                 Northampton, MA 01060
                 (413) 587-0008

                 _____
                 Paul C. Rapp, Esq.
                 Mass BBO #653858
                 Attorney for Plaintiff Jurek Zamoyski
                 348 Long Pond Road
                 Housatonic, MA 01236
                 (413) 553-3189

## TABLE OF CONTENTS

I. INTRODUCTION ................................................................................................. 3
II. FACTS ................................................................................................................. 3
III. UNDISPUTED FACTS ...................................................................................... 3
IV. ARGUMENT ...................................................................................................... 3
   A. THE STANDARD OF REVIEW FOR A MOTION FOR SUMMARY JUDGMENT. ................... 3
   B. DEFENDANTS INFRINGED PLAINTIFF'S COPYRIGHTS. ................................................ 4
   C. DEFENDANTS' COUNTERCLAIMS MUST BE DISMISSED AS A MATTER OF LAW. .......... 6
V. CONCLUSION .................................................................................................... 7

## TABLE OF AUTHORITIES

### CASES

*Boothroyd Dewhurst v. Poli*, 783 F.Supp. 670, 677–79 (D. Mass 1991) ........................... 7
*Brandon Associates v Failsafe Air*, 384 F.Supp.2d 442, 445 (D. Mass 2005) …………...7
*CCNV v. Reid*, 490 U.S. 730, 737 (1989) ................................................................ 5
*Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986) ................................................ 3
*Effects Associates, Inc. v. Cohen*, 908 F.2d 555, 556 (9th Cir. 1990) .......................... 5, 6
*Maurizio v. Goldsmith*, 84 F.Supp.2d 455, 457 (S.D.N.Y. 2000). ................................. 4
*Situation Management Systems v. ASP Consulting*, 560 F.3d 53, 58 (1st Cir. 2009).......... 4
*Warren Freedenfeld Assoc., Inc. v. Mctigue, et al.*, 531 F.3d 38, 44 (1st Cir. 2008).......... 3

### STATUTES

17 U.S.C. § 106 .............................................................................................................. 4
17 U.S.C. § 102 .............................................................................................................. 4
17 U.S.C. § 201 .............................................................................................................. 5
17 U.S.C. § 204 .............................................................................................................. 5
17 U.S.C. § 501(a) .......................................................................................................... 4